| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) O'Neill, Lawrence J | 2. Court or Organization Eastern District of California | 3. Date of Report 08/02/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge Nominee | 5a. Report Type (check appropriate type) [X] Nomination, Date 08/02/2006 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2005 to 07/31/06 |
| 7. Chambers or Office Address United States Courthouse 2500 tulare Street, Dept 8 Fresno, California 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Association of Business Trial Lawyers |
| 2. Board of Director | Federal Bar Association |
| 3. Member | 9th Circuit Magistrate Jduges Executive Board |
| 4. Trustee | Trust #1 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of California Judges Retirement Plan (pension commences at age 62) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 08/02/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *if you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | exempt | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 08/02/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo Bank ( Trust #1) | A | Interest | J | T | Exempt | | | | |
| 2. Vanguard Money Mkt Acct | B | Interest | L | T | | | | | |
| 3. Clovis Community Bank (Trust #1) | A | Interest | J | T | | | | | |
| 4. Argonaut Corp Livermore, Calif. 1985, $84,200 (Trust #1) | D | Distribution | M | R | | | | | |
| 5. Columbia Housing IX Ltd prtnr 1988 $25,767 ( Trust #1) | B | Distribution | K | R | | | | | |
| 6. American Funds: New Economy Fund (Trust #1) | D | Interest | K | T | | | | | |
| 7. American Funds: New Perspective ( Trust #1) | C | Dividend | K | T | | | | | |
| 8. American Funds: Europacific (Trust#1) | C | Dividend | K | T | | | | | |
| 9. American Funds: Fundamental Investors ( Trust #1) | C | Dividend | J | T | | | | | |
| 10. American Funds: Bond Fund (Trust #1) | B | Dividend | J | T | | | | | |
| 11. American Funds: Small Cap ((Trust#1) | B | Dividend | J | T | | | | | |
| 12. American Funds: High Income (Trust #1) | A | Dividend | J | T | | | | | |
| 13. First Trust Corp (IRA) (Trust#1) | | None | L | T | | | | | |
| 14. Vanguard Intermediate Acct (Trust #1) | | None | K | T | | | | | |
| 15. SFG Inc Fund of Renton, Wa. (Trust #1) | D | Interest | M | T | | | | | |
| 16. Datalynx (IRA) ( Trust #1) | | None | M | T | | | | | |
| 17. Wells Fargo Bank acct #2 | A | Interest | J | T | | | | | |
| 18. Calif EDL FACS Authority muni bond | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less      K = $15,001-$50,000     L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000          P4 = $More than $50,000,000
3. Value Method Codes.      Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment       T = Cash/Market
   (See Column C2)          U = Book Value           V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 08/02/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Desert Funding, Inc. Mortgage Note ( Trust #1) | D | Interest | M | T | | | | | |
| 20. Macwest Riverside Housing Inv, LLC | | None | M | U | | | | | |
| 21. American Funds: Capital Income Builders (Trust #1) | A | Interest | J | T | | | | | |
| 22. California State Univ revenue muni bond | A | Interest | K | T | | | | | |
| 23. Dallas/Ft. Worth Tex Intl muni bond | B | Interest | K | T | | | | | |
| 24. Oregon Go Elderly/Disabled muni bond | A | Interest | J | T | | | | | |
| 25. Oregon HSG and Community SVCS REV muni bond | B | Interest | K | T | | | | | |
| 26. Oregon State muni bond | A | Interest | J | T | | | | | |
| 27. Port of Portland Oregon Airport muni bond | A | Interest | J | T | | | | | |
| 28. Puerto Rico Electric Power muni bond | A | Interest | K | T | | | | | |
| 29. San Francisco Int. Airport muni bond | A | Interest | J | T | | | | | |
| 30. St. Louis MO Airport muni bond | A | Interest | J | T | | | | | |
| 31. Bank of America interno corporate bonds | B | Interest | K | T | | | | | |
| 32. Bank of America Sub Not corporate bonds | B | Interest | K | T | | | | | |
| 33. Bank of New York corenot corporate bonds | B | Interest | K | T | | | | | |
| 34. Bear Stearns COS Inc corporate bonds | B | Interest | K | T | | | | | |
| 35. Caterpillar Finl SVCS Pwer corp bonds | B | Interest | K | T | | | | | |
| 36. Citigroup Global Med Term note | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 08/02/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Delta Natural Gas inc debenture | A | Interest | J | T | | | | | |
| 38. General Electric Cap Corparation bond | A | Interest | J | T | | | | | |
| 39. GTE North Inc | A | Interest | J | T | | | | | |
| 40. Household Fin Corp bond | B | Interest | K | T | | | | | |
| 41. J.P. Morgan Chase & Co corp bond | B | Interest | K | T | | | | | |
| 42. Key Bank corporate bond | B | Interest | K | T | | | | | |
| 43. Laclede Gas Co 1st mortgage | B | Interest | J | T | | | | | |
| 44. Lasalle Fundings LLC note | B | Interest | K | T | | | | | |
| 45. Marshall and Ilsley Corp corporate bond | B | Interest | K | T | | | | | |
| 46. Pacific Bell corp bond | B | Interest | K | T | | | | | |
| 47. Providence Gas Co. bond | A | Interest | J | T | | | | | |
| 48. Prudential Finl Inc corp bond | B | Interest | K | T | | | | | |
| 49. Southwestern Bell Tel Co corporate bond | B | Interest | K | T | | | | | |
| 50. Verizon MD, Inc corporate bond | B | Interest | K | T | | | | | |
| 51. Bank of America stock | A | Dividend | J | U | | | | | |
| 52. Healthcare Realty Inc. stock | A | Dividend | J | U | | | | | |
| 53. New York Community Bancorp Inc stock | B | Dividend | J | U | | | | | |
| 54. Capital World Growth and Income mutual fund | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    H = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000.
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 08/02/006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A-H) | (2)<br><br>Type (e.g.<br>div, rent or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. Investment Company of American mutual fund | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III.A. — Non-investment income received during the reporting period as salary for United States Magistrate Judge

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date August 2, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 196 | 765 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 766 | 851 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | 1 | 350 | 767 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 60 | 000 | | | | |
| Cash value-life insurance | | 57 | 904 | | | | |
| Other assets itemize: | | | | | | | |
| Individual Retirement Account | | 275 | 627 | | | | |
| Education Funds | | 279 | 230 | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 2 | 987 | 144 |
| Total Assets | 2 | 987 | 144 | Total liabilities and net worth | 2 | 987 | 144 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |